**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-6593**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GEORGE GLYMPH, d/b/a Specifications and Standards, Inc.,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Dennis W. Shedd, District Judge. (CR-94-776, CA-96-3790-3-19)

———————————

Submitted:  July 8, 1997          Decided:  January 22, 1998

———————————

Before MURNAGHAN, WILKINS, and HAMILTON, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

George Glymph, Appellant Pro Se.  Eric William Ruschky, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and find no reversible error.  Appellant is foreclosed from raising his sufficiency of evidence claim because he litigated it on direct appeal and did not assert an intervening change in law that warrants reconsideration. See Davis v. United States, 417 U.S. 333, 342 (1974); Boeckenhaupt v. United States, 537 F.2d 1182, 1183 (4th Cir. 1976). Further, because Appellant failed to challenge the form of his indictment in his direct appeal, he may not assert it in this collateral proceeding. See Stone v. Powell, 428 U.S. 465, 477 n.10 (1976). Accordingly, we deny a certificate of appealability and dismiss the appeal. United States v. Glymph, Nos. CR-94-776; CA-96-3790-3-19 (D.S.C. Apr. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2